IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Tim Pairsh,

    Plaintiff

vs.                              Case No. 1:10-cv-01167-LFG -RHS

LTD Financial,

    Defendant.

## NOTICE OF DISMISSAL PURSUANT TO SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of New Mexico, Plaintiff's Notice of Voluntary Dismissal of Case Without Prejudice. All matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

Respectfully Submitted,


s/Larry Leshin
Larry Leshin
Weisberg & Meyers, LLC
1216 Indiana St. NE
Albuquerque, NM 87110
866 775 3666
866 565 1327 facsimile
Attorney for Plaintiff

Filed electronically on this 28th day of January, 2011, with:

United States District Court CM/ECF system

By: s/Larry Leshin
Larry Leshin